IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACIE HARTMAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-7494 |
| | : | |
| v. | : | |
| | : | |
| CADMUS-CENVEO COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of September, 2014, after considering the motion to remand (Doc. No. 13) filed by the plaintiff, Stacie Hartman, and the response to the motion to remand (Doc. No. 15) filed by the defendant, Cadmus-Cenveo Company, and after also considering the motion to dismiss the amended complaint for failure to state a claim (Doc. No. 12) filed by the defendant, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to remand (Doc. No. 13) is **GRANTED**;

2. This case is **REMANDED** to the Court of Common Pleas of Lehigh County, Pennsylvania;

3. The motion to dismiss (Doc. No. 12) is **DENIED AS MOOT**; and

4. The clerk of court shall **CLOSE** this case.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.